**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     Plaintiff,     ) | |
| v.     ) | No. 4:24-cr-00672-SEP |
|     ) | |
| MELINDA RALPH,     ) | |
|     ) | |
|     Defendant.     ) | |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Patricia L. Cohen for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On March 26, 2026, Judge Cohen filed a Report and Recommendation, Doc. [63], recommending that Defendant's Motion to Dismiss the Indictment, Doc. [61], should be denied.

The Court has conducted a de novo review of all filings relevant to Defendant's motion and objection to the R&R. *See* Docs. [61], [62], [64], [66]. As conceded by defense counsel and explained by Judge Cohen, Defendant's argument is foreclosed by the Eighth Circuit's holding in *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024), *rh'g denied*, 121 F.4th 656 (8th Cir. 2024), *cert. denied*, 145 S.Ct. 2708 (2025); *see also United States v. Sharkey*, 131 F.4th 621, 622 (8th Cir. 2025) (noting that *Jackson* forecloses both facial and as-applied challenges to § 922(g)(1)). The undersigned therefore adopts and sustains Judge Cohen's Report and Recommendation in its entirety and denies the Motion to Dismiss the Indictment.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Patricia L. Cohen, Doc. [63], filed March 26, 2026, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment, Doc. [61], is **DENIED**.

**IT IS FINALLY ORDERED** that this case is set for trial on **June 8, 2026, at 9:00 a.m.** in the courtroom of the undersigned.

Dated this 15th day of May, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE